Circuit Court Worcester County
Case No. 23-K-11-000095

<u>IN THE COURT OF APPEALS OF MARYLAND</u>

No. 5

September Term, 2014

STATE OF MARYLAND

v.

ROBERT LOUIS COSTEN, III

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald,

JJ.

PER CURIAM ORDER

Filed: May 15, 2014

STATE OF MARYLAND      *     IN THE

                        *     COURT OF APPEALS

        v.                  *     OF MARYLAND

                        *     No. 5

ROBERT LOUIS COSTEN, III     *     September Term, 2014

## PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 15th day of May, 2014

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court for further consideration in light of Nalls v. State, ____ Md. ____, ____ A.3d ____ (No. 54, September Term, 2013 filed April 23, 2014); Melvin v. State, ____ Md. ____, ____ A.3d ____ (No. 95, September Term, 2013 filed April 23, 2014); Szwed v. State, ____ Md. ____, ____ A.3d ____ (No. 61, September Term, 2013 filed April 23, 2014); and Morgan v. State, ____ Md. ____, ____ A.3d ____ (No. 71, September Term, 2013 filed April 23, 2014). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.

                                        /s/ Mary Ellen Barbera
                                            Chief Judge